IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| BRENT JACOBY, | ) |  |
|---|---|---|
| Plaintiff, | ) ) |  |
| vs. | ) ) | CIVIL ACTION NO. 12-0640-CG-N |
| BALDWIN COUNTY, et al., | ) ) ) |  |
| Defendants. | ) |  |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, and a de novo determination of those portions of the report and recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motion of for summary judgment is **GRANTED**, that Plaintiff's motion for summary judgment is **DENIED**, and that Plaintiff's Complaint is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 13th day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE