IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRENT JACOBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0640-CG-N |
| | ) |
| BALDWIN COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

**DONE and ORDERED** this 13th day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE